**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 08-4618**

―――――――――――

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

CHRISTOPHER STEPHEN GOIN,

              Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, District
Judge.  (6:07-cr-00031-nkm-5)

―――――――――――

Submitted:  June 3, 2009              Decided:  June 30, 2009

―――――――――――

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Shannon L. Taylor, Richmond, Virginia, for Appellant.  Julia C.
Dudley, United States Attorney, Jean B. Hudson, Assistant United
States Attorney, Charlottesville, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Stephen Goin pled guilty, pursuant to a written plea agreement, to one count of conspiracy to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846 (2006), and was sentenced to the statutory mandatory minimum of 120 months in prison. On appeal, Goin seeks to challenge the reasonableness of his sentence. The Government argues that Goin's appeal is barred by his waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Goin knowingly and voluntarily waived his right to appeal his sentence, and that his challenge to the reasonableness of his sentence is within the scope of the waiver. United States v. Blick, 408 F.3d 162, 168 (4th Cir. 2005). Accordingly, we dismiss Goin's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED